STATE OF OREGON,
*Respondent,*

*v.*

ANTHONY JAMES VINCENT,
*Appellant.*

(98CR1458; CA A105587)

11 P3d 267

Walter J. Ledesma, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Brewer, Judge, and Warren, Senior Judge.

PER CURIAM

Affirmed. *State v. Hutchinson*, 169 Or App 264, 9 P3d 722 (2000).